# In The

# *Court of Appeals*

# *Ninth District of Texas at Beaumont*

_____

## NO. 09-16-00402-CV
_____

## IN RE GERALD HOOKS JR. AND LESLY K. NOLEN

_____

**Original Proceeding**
**172nd District Court of Jefferson County, Texas**
**Trial Cause No. E-167,872**

_____

## MEMORANDUM OPINION

In this mandamus proceeding, Gerald Hooks Jr. and Lesly K. Nolen contend that the trial court abused its discretion by striking their intervention in a class action, Trial Cause Number E-167,872, *Sandra Geter, on Behalf of Herself and All Others Similarly Situated v. Farmers Group. Inc., et al.* Hooks and Nolen are members of the class, and they have not challenged the adequacy of the representation of the class. The class representative obtained a summary judgment on policy renewal and renewal premium rates, and the case is set for a trial limited to the issue of attorney's fees for class counsel. *See generally* Tex. R. Civ. P. 42(h).

1

Mandamus will issue only to correct a clear abuse of discretion or violation of a duty imposed by law when that abuse cannot be remedied by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992). After reviewing the petition, the response filed by Farmers[1], the response filed by Sandra Geter, and the appendices to the petition and the responses, we conclude that the relators have not demonstrated an abuse of discretion by the trial court for which no adequate remedy by appeal exists. Accordingly, we deny the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on November 14, 2016
Opinion Delivered November 15, 2016

Before Kreger, Johnson, and Clapp, JJ.[2]

---

[1] In this Opinion, "Farmers" collectively refers to Farmers Group, Inc., Farmers Underwriters Association, Fire Underwriters Association, Farmers Insurance Exchange, and Fire Insurance Exchange.

[2] The Honorable Judge Randy M. Clapp, Judge of the 329th District Court of Wharton County, Texas, sitting by assignment. *See* Tex. Gov't Code Ann. § 74.003(h) (West 2013).